## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MARK AND KARLA GIBBS**                                        **PLAINTIFFS**

**VS.**                              **4:10-CV-0293 JMM**

**PRIMELENDING, A PLAINS CAPITAL COMPANY;**
**STEWART TITLE GUARANTY COMPANY; STEWART**
**TITLE COMPANY; ELENDER SERVICES, LLC;**
**ELENDER ESCROW, INC.;  NETCO, INC.;**
**SHELLY A. HICKSON; LAWYERS TITLE OF**
**NEVADA, INC.;  AMY CHRISTINE TUECKES;**
**CORINTHIAN TITLE COMPANY, INC.;**
**COMMONWEALTH LAND TITLE COMPANY;**
**MARK RUSSELL; RUSSELL BISZANTZ;**
**JEFFREY H. BROWN;  NETCO TITLE, INC.;**
**STEPHANIE R. DRYE; U.S. BANK NATIONAL**
**ASSOCIATION ND; AND, BRYAN KELLY**                **DEFENDANTS**

**U.S. BANK NATIONAL ASSOCIATION, N.D.**            **DEFENDANT AND**
                                                    **CROSS-CLAIMANT**

**VS.**                              **4:10-CV-0293 JMM**

**STEWART TITLE GUARANTY COMPANY;**
**NETCO, INC., NETCO TITLE, INC.**
**AND PRIMELENDING, A PLAINS**
**CAPITAL COMPANY**                                 **CROSS DEFENDANTS**

**CONSOLIDATED WITH:**

**U.S. BANK NATIONAL ASSOCIATION, N.D.**          **PLAINTIFF**

**VS.**                    **4:11-CV-00123 JMM**

**ELENDER ESCROW, INC.; ELENDER SERVICES, LLC;
RUSSELL BISZANTZ;  PRIMELENDING, A PLAINS
CAPITAL COMPANY;  JEFFREY H. BROWN;
NETCO, INC.; NETCO TITLE, INC.
STEWART TITLE GUARANTY COMPANY;
SHELLEY A. HICKSON; LAWYERS TITLE OF
NEVADA, INC.; AMY CHRISTINE TUECKES;
COMMONWEALTH LAND TITLE COMPANY;
CORINTHIAN TITLE COMPANY, INC.;
BRYAN KELLY; COMMERCE WEST BANK
NATIONAL ASSOCIATION; JUDY POLLOCK;
MARK RUSSELL; AND, DANA WOMBLES**          **DEFENDANTS**

## ORDER OF <u>PARTIAL</u> DISMISSAL

IT IS ORDERED THAT, in accord with the  terms of settlement which are a part of

the record and the parties' separate written settlement agreement, all claims of Plaintiffs,

Cross-Claimants, and Counter-Claimants against all parties in both cases shall be dismissed

with prejudice, **except** the claims against Elender Escrow, Inc., Elender Services, LLC,

Russell Biszantz, and Mark Russell.

The clerk of the court is directed to pay the amount previously deposited into the registry ($650,000) together with interest accrued less the applicable registry fees, by appropriate instrument made payable to "U.S. Bank National Association, N.D." and to release the instrument to its counsel of record.

IT IS SO ORDERED THIS 17th  day of April, 2013.

James M. Moody
United States District Judge